■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT S. BUSBY, Appellant, v STEPHEN DALSHEIM, as Superintendent of the Ossining Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Westchester County, entered January 10, 1979, which dismissed the petition. Appeal dismissed as

academic, without costs or disbursements, since petitioner has already been released on parole (see *People ex rel. Michele v Harris,* 69 AD2d 869). Lazer, J. P., Gibbons, Martuscello and O'Connor, JJ., concur.